**UNITED STATES DISTRICT COURT**
**300 QUARROPAS STREET**
**WHITE PLAINS, N.Y. 10601**
**TEL: 914-390-4127**

*CHAMBERS OF THE HONORABLE*
*MARK D. FOX U.S. MAGISTRATE JUDGE*

# MEMORANDUM



DATE: November 21, 2006

TO:     Honorable Colleen McMahon

FROM: Mark D. Fox, U.S. Magistrate Judge

RE:     Transcript of Guilty Plea

        On **October 18, 2006** the Rule 11 allocution was completed in the matter of **United States of America -v- Herman Christian , S1 06cr0441(CM)** on consent of both parties before me pursuant to your Standing Order. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Respectfully submitted,

Mark D. Fox
U.S. Magistrate Judge